```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 08562
   CURTIS WHITE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8947


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 03/10/2005 and was confirmed 06/06/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  51.00%.

       The case was dismissed after confirmation 05/05/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                PAID         PAID
--------------------------------------------------------------------------------
   ARONSON FURNITURE          SECURED              600.00       21.08       600.00
   ARONSON FURNITURE          UNSECURED            800.00         .00          .00
   BALABAN FURNITURE          SECURED              258.25        9.06       258.25
   BALABAN FURNITURE          UNSECURED         NOT FILED         .00          .00
   ILLINOIS TITLE LOANS       SECURED              800.00       28.09       800.00
   IRS DIST COUNSELS OFFICE   NOTICE ONLY      NOT FILED         .00          .00
   CITY OF CHICAGO PARKING    SPECIAL CLASS      3355.00         .00          .00
   AMERICAS FINANCIAL CHOIC   UNSECURED            443.34         .00          .00
   PDL FINANCIAL SERVICES     UNSECURED            501.08         .00          .00
   PAYDAY LOAN CASH NOW       UNSECURED         NOT FILED         .00          .00
   PROFESSIONAL ACCOUNT MGM   UNSECURED         NOT FILED         .00          .00
   PROFESSIONAL ACCNT MANAG   NOTICE ONLY      NOT FILED         .00          .00
   UNITED COLLECTION BUREAU   UNSECURED            315.00         .00          .00
   MEDICAL PAYMENT DATA       NOTICE ONLY      NOT FILED         .00          .00
   UPTOWN CASH                UNSECURED         NOT FILED         .00          .00
   WHITTEY COUNTY CLERKS OF   UNSECURED         NOT FILED         .00          .00
   INTERNAL REVENUE SERVICE   PRIORITY          12340.24         .00      8957.31
   INTERNAL REVENUE SERVICE   UNSECURED          5105.15         .00          .00
   ILLINOIS TITLE LOANS       UNSECURED            159.57         .00          .00
   ERNESTO D BORGES JR        DEBTOR ATTY        1,900.00                  1,900.00
   TOM VAUGHN                 TRUSTEE                                        695.68
   DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE               13,269.47

   PRIORITY                                           8,957.31
   SECURED                                            1,658.25
       INTEREST                                          58.23

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 08562 CURTIS WHITE
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,900.00
TRUSTEE COMPENSATION                                             695.68
DEBTOR REFUND                                                       .00
                                          ----------------  ----------------
TOTALS                                          13,269.47        13,269.47
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 08562 CURTIS WHITE